May 12, 1953

**No. 57332.**—Suit 4712.—E. H. Corrigan *v.* United States.—▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮Reap. Dec. 8046 reversed and remanded January 14, 1953. C. A. D. 514. Application for rehearing denied March 11, 1953, with a supporting opinion amending certain portions of the original opinion of January 14, 1953, without changing the conclusion. (Note: The decision on rehearing is printed at the end of C. A. D. 514.)

BEFORE THE FIRST DIVISION, MAY 19, 1953

**No. 57333.**—Schreiber Importing Co., Inc. *v.* United States, petition 6938–R. (New York).

Opinion by OLIVER, C. J. From the testimony it appeared that the petitioner requested the customs officials to furnish values at which the items in question should be entered. The customs examiner supplied unit values for the merchandise and instructed the petitioner to add 2 percent, which is the usual rate for the Italian tax. After entry was made, the appraiser advised petitioner that the merchandise in question was subject to the unusual Italian tax rate of 3 percent and that, therefore, there was deficiency of 1 percent in the amount of such tax paid on entry. On the record presented, it was held that there was no intent to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

BEFORE THE FIRST DIVISION, MAY 20, 1953.

**No. 57334.**—Eitinger Bead Co., Inc. *v.* United States, protest 77535–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of beads similar in all material respects to those the subject of *Gerstenzang Werner Co., Inc.* v. *United States* (21 Cust. Ct. 97, C. D. 1136), the claim of the plaintiff was sustained.